IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:22-00168-KD |
| | ) | |
| BRODERICK TRAMAINE YOUNG, | ) | |
| Defendant. | ) | |

## ORDER

On November 3, 2022, the Court ordered that the Defendant, **BRODERICK TRAMAINE YOUNG**, undergo a psychological or psychiatric examination with the Bureau of Prisons to determine his competency to stand trial on the charged offenses. (*See* Doc. 18). The examiner's report has been received, *see* (Doc. 28); 18 U.S.C. § 4247(c), and the Defendant, who has apparently been returned to this district from his examination, is set for a competency hearing on May 25, 2023 (*see* Doc. 40).

The Defendant is currently set for trial during the Court's June 2023 criminal term. (*See* Doc. 37). However, the undersigned finds that a trial continuance is needed to allow for the Court to make a determination as to competency to stand trial, and, in the event the Defendant is found competent, to allow the Defendant's counsel to adequately prepare for trial after the Defendant's extended absence from the district. Accordingly, trial for this action is hereby **CONTINUED** to the Court's **JULY 2023** criminal term.

For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to a combination of 18 U.S.C. § 3161(h)(1)(A) (excluding period of "delay resulting from any proceeding, including any examinations, to determine

the mental competency or physical capacity of the defendant") and 18 U.S.C. § 3161(h)(7). Having considered appropriate factors, including those set out in § 3161(h)(7)(B), the undersigned finds that, in the event the Defendant is found competent to stand trial by the Court, the ends of justice served by permitting a one-month trial continuance to allow for adequate trial preparation time outweigh the best interest of the public and the Defendant in a June 2023 trial.

Additionally, the Defendant's motion for an extension of time to file pretrial motions and notices, raised at the May 9, 2023 pretrial conference, is **GRANTED**. Accordingly, all pretrial motions under Fed. R. Crim. P. 12(b), 14, and 16; all notices or demands under Fed. R. Crim. P. 12.1, 12.2, and 12.3, and S.D. Ala. CrLR 12.5 (entrapment); and any motion to compel, must now be filed no later than **JUNE 12, 2023**. Further, any motion in limine must now be filed no later than **JUNE 20, 2023**.

The Clerk of Court is **DIRECTED** to notify Magistrate Judge Sonja Bivins of this continuance, so that she can set a pretrial conference in June 2023.

**DONE** and **ORDERED** this the **16th** day of **May 2023**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**